## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN R. MAJOR JR.,

             Petitioner

         v.

ALLEGHENY COUNTY COMMON PLEAS
COURT,

             Respondent

:   No. 38 WM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing is **DENIED**.